IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMERRA F. WASHINGTON, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:15CV444 |
| v. | ) ) | |
| BRUMBAUGH & QUANDAHL, P.C., LLO., KIRK E. BRUMBAUGH, and MARK QUANDAHL, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to extend deadline on motion for class certification (Filing No. 66), and on plaintiff's unopposed amended motion to extend deadline on motion for class certification (Filing No. 67). The Court finds the original motion should be denied as moot, and the amended motion will be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to extend deadline on motion for class certification is denied as moot.

2) Plaintiff's unopposed amended motion is granted. Plaintiff shall have until October 6, 2016, to file a motion for class certification, brief and index in support thereof.

DATED this 20th day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

-2-