# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMERRA F. WASHINGTON, on behalf of herself and all others similarly situated, | ) ) ) **Case No.: 8:15-CV-444** |
| Plaintiff, | ) ) |
| vs. | ) **ORDER FOR CASE** ) **PROGRESSION** |
| BRUMBAUGH & QUANDAHL, P.C., LLO, KIRK E. BRUMBAUGH and MARK QUANDAHL, | ) ) ) ) |
| Defendants. | ) |

THIS MATTER CAME before the Court on the Parties' Joint Motion for extension of time for the progression of this case and the trial of this matter. (# 83) A status conference concerning the Parties' Motion was held by telephone on October 14, 2016. The Parties appeared by counsel.

THE COURT, being fully advised in the premises, finds that the Parties' Motion should be granted.

**IT IS, THEREFORE, ORDERED:**

1. The current deadline for summary judgment motions by any party is extended from October 21, 2016 to **December 15, 2016**. Briefs in opposition to summary judgment are due **January 5, 2017** and Briefs in reply to summary judgment are due **January 12, 2017**.

2. The due date for Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss (Filing No. 77) is moved from October 27, 2016 to **November 9, 2016**, and Defendants' Reply Brief is due **November 23, 2016**.

3. The due date for Defendants' Brief in Opposition to Plaintiff's Motion for Class Certification (Filing No. 74) is moved from October 27, 2016 to **November 9, 2016**, and Plaintiff's Reply Brief is due **November 23, 2016**.

4. Trial of this matter is postponed and will be rescheduled by the Court. The Court will order a status conference within 20 days after the Court's ruling on Plaintiff's Motion for Class Certification to set a trial date.

5. All other due dates and deadlines, including but not limited to the designation of expert witnesses, Rule 104 Motions, witness lists and other pretrial motions are postponed. These due dates and deadlines will be rescheduled in a subsequent status conference ordered by the Court within 20 days after the Court's ruling on Plaintiff's Motion for Class Certification.

Dated this 14th day of October, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge