IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMERRA WASHINGTON, | |
| Plaintiff, | 8:15-CV-444 |
| vs. | JUDGMENT |
| BRUMBAUGH & QUANDAHL, P.C., LLO.; KIRK E. BRUMBAUGH; and MARK QUANDAHL, | |
| Defendants. | |

On the parties' Stipulation for Dismissal (filing 130), this action is dismissed with prejudice, each party to pay its own fees and costs.

Dated this 28th day of November, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge